| Jefferson Parish Medical Society | | Schwing, Jodi T | | SSN | XXX-XX-6175 | Period Beginning | 11/1/2018 |
|---|---|---|---|---|---|---|---|
| 4937 Hearst St # 2B | | 239 Dilton St | | Gross Pay | $3,333.33 | Period Ending | 11/30/2018 |
| Metairie, LA 70001 | | River Ridge, LA 70123 | | Net Pay | $2,873.67 | Check Date | 11/30/2018 |
| | | | | Filing Status | M3 | Check No | 100203 |

| Earnings | Hours/Rate | Amount | YTD Amt | Taxes/Deductions | Amount | YTD Amt |
|---|---|---|---|---|---|---|
| Salary | | $3,333.33 | $36,666.63 | Fed Income Tax | $133.29 | $1,466.19 |
| Regular hourly pay | 0.00/0 | $0.00 | $0.00 | Social Security Tax | $206.67 | $2,273.37 |
| Overtime hourly pay | 0.00/0 | $0.00 | $0.00 | Medicare Tax | $48.33 | $531.63 |
| Sick hourly pay | 0.00/0 | $0.00 | $0.00 | State Income Tax | $71.37 | $785.07 |
| Vacation hourly pay | 0.00/0 | $0.00 | $0.00 | Local Income Tax | $0.00 | $0.00 |
| Bonus | | $0.00 | $0.00 | Health Insurance | $0.00 | $0.00 |
| Commissions | | $0.00 | $0.00 | 401K | $0.00 | $0.00 |
| Tips | | $0.00 | $0.00 | Net Pay | $2,873.67 | $31,610.37 |
| Gross Pay | | $3,333.33 | $36,666.63 | | | |

| Jefferson Parish Medical Society | | Schwing, Jodi T | | SSN | XXX-XX-6175 | Period Beginning | 11/1/2018 |
|---|---|---|---|---|---|---|---|
| 4937 Hearst St # 2B | | 239 Dilton St | | Gross Pay | $3,333.33 | Period Ending | 11/30/2018 |
| Metairie, LA 70001 | | River Ridge, LA 70123 | | Net Pay | $2,873.67 | Check Date | 11/30/2018 |
| | | | | Filing Status | M3 | Check No | 100203 |

| Earnings | Hours/Rate | Amount | YTD Amt | Taxes/Deductions | Amount | YTD Amt |
|---|---|---|---|---|---|---|
| Salary | | $3,333.33 | $36,666.63 | Fed Income Tax | $133.29 | $1,466.19 |
| Regular hourly pay | 0.00/0 | $0.00 | $0.00 | Social Security Tax | $206.67 | $2,273.37 |
| Overtime hourly pay | 0.00/0 | $0.00 | $0.00 | Medicare Tax | $48.33 | $531.63 |
| Sick hourly pay | 0.00/0 | $0.00 | $0.00 | State Income Tax | $71.37 | $785.07 |
| Vacation hourly pay | 0.00/0 | $0.00 | $0.00 | Local Income Tax | $0.00 | $0.00 |
| Bonus | | $0.00 | $0.00 | Health Insurance | $0.00 | $0.00 |
| Commissions | | $0.00 | $0.00 | 401K | $0.00 | $0.00 |
| Tips | | $0.00 | $0.00 | Net Pay | $2,873.67 | $31,610.37 |
| Gross Pay | | $3,333.33 | $36,666.63 | | | |

**Jefferson Parish Medical Society**
4937 Hearst St # 2B
Metairie, LA 70001

Schwing, Jodi T
239 Dilton St
River Ridge, LA 70123

| | | | |
|---|---|---|---|
| SSN | XXX-XX-6175 | Period Beginning | 10/1/2018 |
| Gross Pay | $3,333.33 | Period Ending | 10/31/2018 |
| Net Pay | $2,873.67 | Check Date | 10/31/2018 |
| Filing Status | M3 | Check No | 100202 |

| Earnings | Hours/Rate | Amount | YTD Amt |
|---|---|---|---|
| Salary | | $3,333.33 | $33,333.30 |
| Regular hourly pay | 0.00/0 | $0.00 | $0.00 |
| Overtime hourly pay | 0.00/0 | $0.00 | $0.00 |
| Sick hourly pay | 0.00/0 | $0.00 | $0.00 |
| Vacation hourly pay | 0.00/0 | $0.00 | $0.00 |
| Bonus | | $0.00 | $0.00 |
| Commissions | | $0.00 | $0.00 |
| Tips | | $0.00 | $0.00 |
| Gross Pay | | $3,333.33 | $33,333.30 |

| Taxes/Deductions | Amount | YTD Amt |
|---|---|---|
| Fed Income Tax | $133.29 | $1,332.90 |
| Social Security Tax | $206.67 | $2,066.70 |
| Medicare Tax | $48.33 | $483.30 |
| State Income Tax | $71.37 | $713.70 |
| Local Income Tax | $0.00 | $0.00 |
| Health Insurance | $0.00 | $0.00 |
| 401K | $0.00 | $0.00 |
| Net Pay | $2,873.67 | $28,736.70 |

**Jefferson Parish Medical Society**
4937 Hearst St # 2B
Metairie, LA 70001

Schwing, Jodi T
239 Dilton St
River Ridge, LA 70123

| | | | |
|---|---|---|---|
| SSN | XXX-XX-6175 | Period Beginning | 10/1/2018 |
| Gross Pay | $3,333.33 | Period Ending | 10/31/2018 |
| Net Pay | $2,873.67 | Check Date | 10/31/2018 |
| Filing Status | M3 | Check No | 100202 |

| Earnings | Hours/Rate | Amount | YTD Amt |
|---|---|---|---|
| Salary | | $3,333.33 | $33,333.30 |
| Regular hourly pay | 0.00/0 | $0.00 | $0.00 |
| Overtime hourly pay | 0.00/0 | $0.00 | $0.00 |
| Sick hourly pay | 0.00/0 | $0.00 | $0.00 |
| Vacation hourly pay | 0.00/0 | $0.00 | $0.00 |
| Bonus | | $0.00 | $0.00 |
| Commissions | | $0.00 | $0.00 |
| Tips | | $0.00 | $0.00 |
| Gross Pay | | $3,333.33 | $33,333.30 |

| Taxes/Deductions | Amount | YTD Amt |
|---|---|---|
| Fed Income Tax | $133.29 | $1,332.90 |
| Social Security Tax | $206.67 | $2,066.70 |
| Medicare Tax | $48.33 | $483.30 |
| State Income Tax | $71.37 | $713.70 |
| Local Income Tax | $0.00 | $0.00 |
| Health Insurance | $0.00 | $0.00 |
| 401K | $0.00 | $0.00 |
| Net Pay | $2,873.67 | $28,736.70 |

| Jefferson Parish Medical Society | | Schwing, Jodi T | | SSN | XXX-XX-6175 | Period Beginning | 9/1/2018 |
|---|---|---|---|---|---|---|---|
| 4937 Hearst St # 2B | | 239 Dilton St | | Gross Pay | $3,333.33 | Period Ending | 9/30/2018 |
| Metairie, LA 70001 | | River Ridge, LA 70123 | | Net Pay | $2,873.67 | Check Date | 9/30/2018 |
| | | | | Filing Status | M3 | Check No | 100201 |

| Earnings | Hours/Rate | Amount | YTD Amt | Taxes/Deductions | Amount | YTD Amt |
|---|---|---|---|---|---|---|
| Salary | | $3,333.33 | $29,999.97 | Fed Income Tax | $133.29 | $1,199.61 |
| Regular hourly pay | 0.00/0 | $0.00 | $0.00 | Social Security Tax | $206.67 | $1,860.03 |
| Overtime hourly pay | 0.00/0 | $0.00 | $0.00 | Medicare Tax | $48.33 | $434.97 |
| Sick hourly pay | 0.00/0 | $0.00 | $0.00 | State Income Tax | $71.37 | $642.33 |
| Vacation hourly pay | 0.00/0 | $0.00 | $0.00 | Local Income Tax | $0.00 | $0.00 |
| Bonus | | $0.00 | $0.00 | Health Insurance | $0.00 | $0.00 |
| Commissions | | $0.00 | $0.00 | 401K | $0.00 | $0.00 |
| Tips | | $0.00 | $0.00 | Net Pay | $2,873.67 | $25,863.03 |
| Gross Pay | | $3,333.33 | $29,999.97 | | | |

| Jefferson Parish Medical Society | | Schwing, Jodi T | | SSN | XXX-XX-6175 | Period Beginning | 9/1/2018 |
|---|---|---|---|---|---|---|---|
| 4937 Hearst St # 2B | | 239 Dilton St | | Gross Pay | $3,333.33 | Period Ending | 9/30/2018 |
| Metairie, LA 70001 | | River Ridge, LA 70123 | | Net Pay | $2,873.67 | Check Date | 9/30/2018 |
| | | | | Filing Status | M3 | Check No | 100201 |

| Earnings | Hours/Rate | Amount | YTD Amt | Taxes/Deductions | Amount | YTD Amt |
|---|---|---|---|---|---|---|
| Salary | | $3,333.33 | $29,999.97 | Fed Income Tax | $133.29 | $1,199.61 |
| Regular hourly pay | 0.00/0 | $0.00 | $0.00 | Social Security Tax | $206.67 | $1,860.03 |
| Overtime hourly pay | 0.00/0 | $0.00 | $0.00 | Medicare Tax | $48.33 | $434.97 |
| Sick hourly pay | 0.00/0 | $0.00 | $0.00 | State Income Tax | $71.37 | $642.33 |
| Vacation hourly pay | 0.00/0 | $0.00 | $0.00 | Local Income Tax | $0.00 | $0.00 |
| Bonus | | $0.00 | $0.00 | Health Insurance | $0.00 | $0.00 |
| Commissions | | $0.00 | $0.00 | 401K | $0.00 | $0.00 |
| Tips | | $0.00 | $0.00 | Net Pay | $2,873.67 | $25,863.03 |
| Gross Pay | | $3,333.33 | $29,999.97 | | | |

| Jefferson Parish Medical Society<br>4937 Hearst Street<br>Metairie, LA 70001 | | Schwing, Jodi T<br>239 Dilton St<br>River Ridge, LA 70123 | | SSN<br>Gross Pay $3,333.33<br>Net Pay $2,873.67<br>Filing Status M3 | Period Beginning 7/1/2018<br>Period Ending 7/31/2018<br>Check Date 7/31/2018<br>Check No 100199 | |
|---|---|---|---|---|---|---|
| **Earnings** | Hours/Rate | Amount | YTD Amt | Taxes/Deductions | Amount | YTD Amt |
| Salary | | $3,333.33 | $23,333.31 | Fed Income Tax | $133.29 | $933.03 |
| Regular hourly pay | 0.00/0 | $0.00 | $0.00 | Social Security Tax | $206.67 | $1,446.69 |
| Overtime hourly pay | 0.00/0 | $0.00 | $0.00 | Medicare Tax | $48.33 | $338.31 |
| Sick hourly pay | 0.00/0 | $0.00 | $0.00 | State Income Tax | $71.37 | $499.59 |
| Vacation hourly pay | 0.00/0 | $0.00 | $0.00 | Local Income Tax | $0.00 | $0.00 |
| Bonus | | $0.00 | $0.00 | Health Insurance | $0.00 | $0.00 |
| Commissions | | $0.00 | $0.00 | 401K | $0.00 | $0.00 |
| Tips | | $0.00 | $0.00 | Net Pay | $2,873.67 | $20,115.69 |
| Gross Pay | | $3,333.33 | $23,333.31 | | | |

| Jefferson Parish Medical Society<br>4937 Hearst Street<br>Metairie, LA 70001 | | Schwing, Jodi T<br>239 Dilton St<br>River Ridge, LA 70123 | | SSN 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<br>Gross Pay $3,333.33<br>Net Pay $2,873.67<br>Filing Status M3 | Period Beginning 7/1/2018<br>Period Ending 7/31/2018<br>Check Date 7/31/2018<br>Check No 100199 | |
|---|---|---|---|---|---|---|
| **Earnings** | Hours/Rate | Amount | YTD Amt | Taxes/Deductions | Amount | YTD Amt |
| Salary | | $3,333.33 | $23,333.31 | Fed Income Tax | $133.29 | $933.03 |
| Regular hourly pay | 0.00/0 | $0.00 | $0.00 | Social Security Tax | $206.67 | $1,446.69 |
| Overtime hourly pay | 0.00/0 | $0.00 | $0.00 | Medicare Tax | $48.33 | $338.31 |
| Sick hourly pay | 0.00/0 | $0.00 | $0.00 | State Income Tax | $71.37 | $499.59 |
| Vacation hourly pay | 0.00/0 | $0.00 | $0.00 | Local Income Tax | $0.00 | $0.00 |
| Bonus | | $0.00 | $0.00 | Health Insurance | $0.00 | $0.00 |
| Commissions | | $0.00 | $0.00 | 401K | $0.00 | $0.00 |
| Tips | | $0.00 | $0.00 | Net Pay | $2,873.67 | $20,115.69 |
| Gross Pay | | $3,333.33 | $23,333.31 | | | |

| Jefferson Parish Medical Society | Schwing, Jodi T | SSN | | Period Beginning | 6/1/2018 |
| 4937 Hearst Street | 239 Dilton St | Gross Pay | $3,333.33 | Period Ending | 6/30/2018 |
| Metairie, LA 70001 | River Ridge, LA 70123 | Net Pay | $2,873.67 | Check Date | 6/30/2018 |
| | | Filing Status M3 | | Check No | 100198 |

| Earnings | Hours/Rate | Amount | YTD Amt |
|---|---|---|---|
| Salary | | $3,333.33 | $19,999.98 |
| Regular hourly pay | 0.00/0 | $0.00 | $0.00 |
| Overtime hourly pay | 0.00/0 | $0.00 | $0.00 |
| Sick hourly pay | 0.00/0 | $0.00 | $0.00 |
| Vacation hourly pay | 0.00/0 | $0.00 | $0.00 |
| Bonus | | $0.00 | $0.00 |
| Commissions | | $0.00 | $0.00 |
| Tips | | $0.00 | $0.00 |
| Gross Pay | | $3,333.33 | $19,999.98 |

| Taxes/Deductions | Amount | YTD Amt |
|---|---|---|
| Fed Income Tax | $133.29 | $799.74 |
| Social Security Tax | $206.67 | $1,240.02 |
| Medicare Tax | $48.33 | $289.98 |
| State Income Tax | $71.37 | $428.22 |
| Local Income Tax | $0.00 | $0.00 |
| Health Insurance | $0.00 | $0.00 |
| 401K | $0.00 | $0.00 |
| Net Pay | $2,873.67 | $17,242.02 |

---

| Jefferson Parish Medical Society | Schwing, Jodi T | SSN | 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 | Period Beginning | 6/1/2018 |
| 4937 Hearst Street | 239 Dilton St | Gross Pay | $3,333.33 | Period Ending | 6/30/2018 |
| Metairie, LA 70001 | River Ridge, LA 70123 | Net Pay | $2,873.67 | Check Date | 6/30/2018 |
| | | Filing Status M3 | | Check No | 100198 |

| Earnings | Hours/Rate | Amount | YTD Amt |
|---|---|---|---|
| Salary | | $3,333.33 | $19,999.98 |
| Regular hourly pay | 0.00/0 | $0.00 | $0.00 |
| Overtime hourly pay | 0.00/0 | $0.00 | $0.00 |
| Sick hourly pay | 0.00/0 | $0.00 | $0.00 |
| Vacation hourly pay | 0.00/0 | $0.00 | $0.00 |
| Bonus | | $0.00 | $0.00 |
| Commissions | | $0.00 | $0.00 |
| Tips | | $0.00 | $0.00 |
| Gross Pay | | $3,333.33 | $19,999.98 |

| Taxes/Deductions | Amount | YTD Amt |
|---|---|---|
| Fed Income Tax | $133.29 | $799.74 |
| Social Security Tax | $206.67 | $1,240.02 |
| Medicare Tax | $48.33 | $289.98 |
| State Income Tax | $71.37 | $428.22 |
| Local Income Tax | $0.00 | $0.00 |
| Health Insurance | $0.00 | $0.00 |
| 401K | $0.00 | $0.00 |
| Net Pay | $2,873.67 | $17,242.02 |

Classic Carpet Cleaning LLC Profit/Loss Statement 12/5/2018

## June 2018

Gross - $2619.12
Expenses – $1934.21
Net - $684.91

## July 2018

Gross - $3971.42
Expenses - $3241.29
Net - $730.13

## August 2018

Gross - $2978.82
Expenses - $2184.28
Net - $794.54

*Handwritten notes:*
Incom   3434.10
expns   2785.56
Net      648.54

## September 2018

Gross - $3421.54
Expenses - $2955.30
Net - $466.24

## October 2018

Gross - $3972.22
Expenses - $3153.87
Net - $818.35

## November 2018

Gros - $3641.50
Expenses - $3244.41
Net - $397.09

8/9/18 at 14:41:26.38

### THIRD DISTRICT VOLUNTEER FIRE DEPT.
### Payroll Register
For the Period From Jan 1, 2018 to Aug 10, 2018

Page: 3

Filter Criteria includes: 1) Employee Names from EUGENE B. SCHWING to EUGENE B. SCHWING. Report order is by Check Date. Report is printed in Detail Format.

| Employee ID / Employee / Masked SS No / Reference / Date | Pay Type | Pay Hrs | Pay Amt | Amount | Gross / State / SICK_REM / OP_MISC / SEC125T / MISCDED / UNION_DUES / FUTA_ER | Fed_Income / K401 / SSPE / EMP_REC / GARNISH / VAC_ACCRUE / GARNISH1 / SUI_ER | Soc_Sec / SICK_ACCRU / SSPD / HOSPITAL / MUTUAL / VAC_TAKEN / Soc_Sec_ER | Medicare / SICK_TAKEN / LIFE_INS / SEC125 / DIRDEP / VAC_REM / Medicare_ER |
|---|---|---|---|---|---|---|---|---|
| | | | | | -11.54 | 12.90 | 24.00 / -311.21 | -11.10 / -72.78 |
| 0072 / EUGENE B. SCHWING / XXX-XX-6140 / DD-071 / 5/18/18 | Regular / Overtime / Special | 63.00 / 26.00 / 33.00 | 1,385.37 / 951.34 / 829.62 | | 3,166.33 / -98.17 | -308.38 / -63.33 / 230.77 | -198.37 / -230.77 / -197.58 | -46.39 |
| | | | | | -11.54 | 12.90 | -198.37 | -2,242.57 / 12.90 / -46.39 |
| 0072 / EUGENE B. SCHWING / XXX-XX-6140 / DD-073 / 6/1/18 | Regular / Overtime / Special | 66.00 / 37.00 / 30.00 | 1,451.34 / 1,353.83 / 754.20 | | 3,559.37 / -113.38 | -364.62 / -71.19 / 230.77 | -222.74 / -230.77 / -197.58 | -52.09 |
| | | | | | -11.54 | 12.90 | 24.00 / -222.74 | -2,526.23 / -11.10 / -52.09 |
| 0072 / EUGENE B. SCHWING / XXX-XX-6140 / DD-074 / 6/15/18 | Regular / Overtime / Special | 66.00 / 75.50 / 30.00 | 1,486.32 / 2,822.19 / 772.50 | 2 | 5,081.01 / -192.00 | -692.69 / -101.62 / 230.77 | -317.08 / -230.77 / -197.58 | -74.16 |
| | | | | | -11.54 | 13.36 | -317.08 | -3,494.34 / 13.36 / -74.16 |
| 0072 / EUGENE B. SCHWING / XXX-XX-6140 / DD-072 / 6/29/18 | Regular / Overtime / Special | 100.00 / 24.00 / 10.00 | 2,252.00 / 897.12 / 257.50 | 1204.70 | 3,406.62 / -107.47 | -336.64 / -68.13 / 230.77 | -213.27 / -230.77 / -197.58 | -49.88 |
| | | | | | -11.54 | 13.36 | -213.27 | -2,422.11 / 13.36 / -49.88 |
| 0072 / EUGENE B. SCHWING / XXX-XX-6140 | Regular / Special / Holiday OT | 56.00 / 40.00 / 6.00 | 1,261.12 / 1,030.00 / 359.40 | ① | 2,650.52 / -78.20 | -247.72 / -53.01 / 230.77 | -166.39 / -230.77 | -38.91 |

THIRD DISTRICT VOLUNTEER FIRE DEPT.
Payroll Register
For the Period From Jan 1, 2018 to Aug 10, 2018

Page: 4

1) Employee Names from EUGENE B. SCHWING to EUGENE B. SCHWING. Report order is by Check Date. Report is printed in Detail Format.

| Date | Pay Type | Pay Hrs | Pay Amt | Amount | Gross / State / SICK_REM / OP_MISC / SEC125T / MISCDED / UNION_DUES / FUTA_ER | Fed_Income / K401 / SSPE / EMP_REC / GARNISH / VAC_ACCRUE / GARNISH1 / SUI_ER | Soc_Sec / SICK_ACCRU / SSPD / HOSPITAL / MUTUAL / VAC_TAKEN / Soc_Sec_ER | Medicare / SICK_TAKEN / LIFE_INS / SEC125 / DIRDEP / VAC_REM / Medicare_ER |
|---|---|---|---|---|---|---|---|---|
| DD-079 7/13/18 | | | | | | | -197.58 | -1,857.17 |
| | | | | | -11.54 | 13.36 | -166.39 | 13.36 / -38.91 |
| 0072 EUGENE B. SCHWING XXX-XX-6140 DD-080 7/27/18 | Regular / Overtime / Special | 66.00 / 52.00 / 30.00 | 1,486.32 / 1,943.76 / 772.50 | | 4,202.58 / -145.61 | -511.75 / -84.05 / 230.77 | -265.00 / -230.77 / -159.17 | -61.98 |
| | | | | | -11.54 | 13.36 | -265.00 | -2,963.48 / 13.36 / -61.98 |
| 0072 EUGENE B. SCHWING XXX-XX-6140 DD-079 8/10/18 | Regular / Overtime / Special | 75.00 / 39.00 / 21.00 | 1,689.00 / 1,457.82 / 540.75 | | 3,687.57 / -119.86 | -400.72 / -73.75 / 230.77 | -233.07 / -230.77 / -159.17 | -54.51 |
| | | | | | -11.54 | 13.36 | 48.00 / -233.07 | -2,634.95 / -34.64 / -54.51 |
| Summary Total 1/1/18 thru 3/31/18 | Regular / Overtime / Special / Holiday / Adjustment | 365.00 / 19.00 / 170.00 / 41.00 / 1.00 | 8,026.35 / 695.21 / 4,273.80 / 1,803.18 / 2,636.16 | 2,120.32 | 17,434.70 / -477.23 / -24.00 | -1,744.32 / -235.09 / 1,384.62 | -1,093.29 / -1,384.62 / -1,185.48 | -255.68 / 24.00 |
| | | | | | -69.24 | 77.40 / -30.03 | 119.88 / -1,093.29 | -10,254.05 / -42.48 / -255.68 |
| Summary Total 4/1/18 thru 6/30/18 | Regular / Overtime / Special | 493.00 / 297.50 / 193.00 | 10,929.05 / 10,964.13 / 4,876.42 | | 26,769.60 / -897.87 | -3,019.29 / -535.39 / 1,615.39 | -1,674.12 / -1,615.39 / -1,383.06 | -391.52 |
| | | | | | -80.78 | 91.22 | 70.00 / -1,674.12 | -18,787.57 / 21.22 / -391.52 |
| Summary Total | Regular | 197.00 | 4,436.44 | | 10,540.67 | -1,160.19 | -664.46 | -155.40 |

8/9/18 at 14:41:26.53

**THIRD DISTRICT VOLUNTEER FIRE DEPT.**
**Payroll Register**
For the Period From Jan 1, 2018 to Aug 10, 2018

Filter Criteria includes: 1) Employee Names from EUGENE B. SCHWING to EUGENE B. SCHWING. Report order is by Check Date. Report is printed in Detail Format.

| Employee ID / Employee / Masked SS No / Reference / Date | Pay Type | Pay Hrs | Pay Amt | Amount | Gross / State / SICK_REM / OP_MISC / SEC125T / MISCDED / UNION_DUES / FUTA_ER | Fed_Income / K401 / SSPE / EMP_REC / GARNISH / VAC_ACCRUE / GARNISH1 / SUI_ER | Soc_Sec / SICK_ACCRU / SSPD / HOSPITAL / MUTUAL / VAC_TAKEN / Soc_Sec_ER | Medicare / SICK_TAKEN / LIFE_INS / SEC125 / DIRDEP / VAC_REM / Medicare_ER |
|---|---|---|---|---|---|---|---|---|
| 7/1/18 thru 8/10/18 | Overtime | 91.00 | 3,401.58 | | -343.67 | -210.81 | -692.31 | |
| | Special | 91.00 | 2,343.25 | | | 692.31 | -515.92 | |
| | Holiday OT | 6.00 | 359.40 | | | | | -7,455.60 |
| | | | | | | 40.08 | 48.00 | -7.92 |
| | | | | | -34.62 | | -664.46 | -155.40 |
| Report Date Final Total 1/1/18 thru 8/10/18 | Regular | 1,055.00 | 23,391.84 | 2,120.32 | 54,744.97 | -5,923.80 | -3,431.87 | -802.60 |
| | Overtime | 407.50 | 15,060.92 | | -1,718.77 | -981.29 | | 24.00 |
| | Special | 454.00 | 11,493.47 | | -24.00 | 3,692.32 | -3,692.32 | |
| | Holiday | 41.00 | 1,803.18 | | | | -3,084.46 | |
| | Holiday OT | 6.00 | 359.40 | | | | | -36,497.22 |
| | Adjustment | 1.00 | 2,636.16 | | | 208.70 | 237.88 | -29.18 |
| | | | | | -184.64 | | -3,431.87 | -802.60 |
| | | | | | | -30.03 | | |

11/29/18 at 08:15:10.70

**THIRD DISTRICT VOLUNTEER FIRE DEPT.**
**Payroll Register**
For the Period From Aug 1, 2018 to Nov 30, 2018

Filter Criteria includes: 1) Employee Names from EUGENE B. SCHWING to EUGENE B. SCHWING. Report order is by Check Date. Report is printed in Detail Format.

| Employee ID / Employee / Masked SS No / Reference / Date | Pay Type | Pay Hrs | Pay Amt | Amount | Gross / State / SICK_REM / OP_MISC / SEC125T / MISCDED / UNION_DUES / FUTA_ER | Fed_Income / K401 / SSPE / EMP_REC / GARNISH / VAC_ACCRUE / GARNISH1 / SUI_ER | Soc_Sec / SICK_ACCRU / SSPD / HOSPITAL / MUTUAL / VAC_TAKEN / Soc_Sec_ER | Medicare / SICK_TAKEN / LIFE_INS / SEC125 / BIRDEP / VAC_REM / Medicare_ER |
|---|---|---|---|---|---|---|---|---|
| 0072 EUGENE B. SCHWING XXX-XX-6140 DD-079 8/10/18 | Regular Overtime Special | 75.00 39.00 21.00 | 1,689.00 1,457.82 540.75 | | 3,687.57 -119.86 -11.54 | -400.72 -73.75 230.77 13.36 | -233.07 -230.77 -159.17 48.00 -233.07 | -54.51 -2,634.95 -34.64 -54.51 |
| 0072 EUGENE B. SCHWING XXX-XX-6140 DD-087 8/24/18 | Special | 96.00 | 2,472.00 | | 2,472.00 -72.81 -11.54 | -231.34 -49.44 230.77 13.36 | -157.70 -230.77 -159.17 8.00 -157.70 | -36.88 -1,753.12 5.36 -36.88 |
| 0072 EUGENE B. SCHWING XXX-XX-6140 DD-074 9/7/18 | Special | 96.00 | 2,472.00 | | 2,472.00 -72.81 -11.54 | -231.34 -49.44 230.77 13.36 | -157.70 -230.77 -159.17 -157.70 | -36.88 -1,753.12 13.36 -36.88 |
| 0072 EUGENE B. SCHWING XXX-XX-6140 DD-075 9/21/18 | Overtime Special Holiday OT | 36.00 96.00 17.00 | 1,345.68 2,472.00 1,018.30 | | 4,835.98 -180.62 -11.54 | -648.31 -96.72 230.77 13.36 | -304.27 -230.77 -159.17 -304.27 | -71.16 -3,364.19 13.36 -71.16 |
| 0072 EUGENE B. SCHWING XXX-XX-6140 DD-065 10/5/18 | Overtime Special | 24.50 96.00 | 915.81 2,472.00 | | 3,387.81 -108.26 -11.54 | -339.04 -67.76 230.77 13.36 | -214.48 -230.77 -159.17 -214.48 | -50.16 -2,437.40 13.36 -50.16 |

11/29/18 at 08:15:11.04

### THIRD DISTRICT VOLUNTEER FIRE DEPT.
### Payroll Register
For the Period From Aug 1, 2018 to Nov 30, 2018

Filter Criteria includes: 1) Employee Names from EUGENE B. SCHWING to EUGENE B. SCHWING. Report order is by Check Date. Report is printed in Detail Format.

| Employee ID<br>Employee<br>Masked SS No<br>Reference<br>Date | Pay Type | Pay Hrs | Pay Amt | Amount | Gross<br>State<br>SICK_REM<br>OP_MISC<br>SEC125T<br>MISCDED<br>UNION_DUES<br>FUTA_ER | Fed_Income<br>K401<br>SSPE<br>EMP_REC<br>GARNISH<br>VAC_ACCRUE<br>GARNISH1<br>SUI_ER | Soc_Sec<br>SICK_ACCRU<br>SSPD<br>HOSPITAL<br>MUTUAL<br>VAC_TAKEN<br>Soc_Sec_ER | Medicare<br>SICK_TAKEN<br>LIFE_INS<br>SEC125<br>DIRDEP<br>VAC_REM<br>Medicare_ER |
|---|---|---|---|---|---|---|---|---|
| 0072<br>EUGENE B. SCHWING<br>XXX-XX-6140<br>DD-084<br>10/19/18 | Overtime<br>Special | 2.00<br>96.00 | 74.76<br>2,472.00 | 5434.57 | 2,546.76<br>-75.70<br><br><br><br><br>-11.54 | -240.13<br>-50.94<br>230.77<br><br><br>13.36 | -162.34<br>-230.77<br>-159.17<br><br>24.00<br>-162.34 | -37.97<br><br><br>-1,808.97<br>-10.64<br>-37.97 |
| 0072<br>EUGENE B. SCHWING<br>XXX-XX-6140<br>DD-087<br>11/2/18 | Overtime<br>Special | 10.00<br>62.00 | 373.80<br>1,596.50 | | 1,970.30<br>-53.39<br><br><br><br><br>-11.54 | -172.34<br>-39.41<br>230.77<br><br><br>13.36 | -126.60<br>-230.77<br>-159.17<br><br>34.00<br>-126.60 | -29.61<br><br><br>-1,378.24<br>-20.64<br>-29.61 |
| 0072<br>EUGENE B. SCHWING<br>XXX-XX-6140<br>DD-081<br>11/16/18 | Overtime<br>Special | 16.00<br>130.00 | 598.08<br>3,347.50 | 9722.75 | 3,945.58<br>-131.41<br><br><br><br><br>-11.54 | -456.34<br>-78.91<br>230.77<br><br><br>13.36 | -249.07<br>-230.77<br>-159.17<br><br><br>-249.07 | -58.25<br><br><br>-2,800.89<br>13.36<br>-58.25 |
| 0072<br>EUGENE B. SCHWING<br>XXX-XX-6140<br>DD-073<br>11/30/18 | Overtime<br>Special<br>SP Holiday | 24.00<br>79.00<br>17.00 | 897.12<br>2,034.25<br>875.50 | | 3,806.87<br>-124.48<br><br><br><br><br>-11.54 | -426.44<br>-76.14<br>230.77<br><br><br>13.36 | -240.47<br>-230.77<br>-159.17<br><br><br>-240.47 | -56.24<br><br><br>-2,712.39<br>13.36<br>-56.24 |
| Summary Total<br>8/1/18 thru 9/30/18 | Regular<br>Overtime<br>Special<br>Holiday OT | 75.00<br>75.00<br>309.00<br>17.00 | 1,689.00<br>2,803.50<br>7,956.75<br>1,018.30 | | 13,467.55<br>-446.10 | -1,511.71<br>-269.35<br>923.08 | -852.74<br>-923.08<br>-636.68 | -199.43<br><br><br>-9,505.38 |