# United States Bankruptcy Court
Eastern District of Louisiana

| | |
|---|---|
| EUGENE BARON SCHWING, JR.<br>239 DILTON ST<br>NEW ORLEANS LA  70123 | 18-13335<br>Chapter 13<br>Section B |

## EX PARTE MOTION TO WITHHOLD EARNINGS AND PAY TO TRUSTEE

NOW INTO COURT comes S.J. Beaulieu, Jr., Trustee, who respectfully states that the debtor, having filed a petition in the United States Bankruptcy Court, governed by Chapter 13 of the United States Bankruptcy Code, and having submitted all disposable earnings to the administration of the above-cited trustee; the trustee respectfully prays that an order be directed to the employer of EUGENE BARON SCHWING, JR.:

THIRD DIST FIRE DEPT
10415 JEFFERSON HWY
NEW ORLEANS LA  70123

directing it to deduct from the earnings of the debtor the sum of $2,050.00 MONTHLY **(see formula below to determine deduction per pay period)** and be ordered to promptly remit the sums so deducted, with the debtor's case number, 18-13335, printed on all checks or vouchers, to:

S. J. BEAULIEU, JR., TRUSTEE
P. O. BOX 113
MEMPHIS, TN  38101

**(Divide monthly payment amount by pay period frequency)**

| | |
|---|---|
| **Semi-monthly** | 2 |
| **Bi-weekly** | 2.1667 |
| **Weekly** | 4.3333 |

/s/ S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr.
Chapter 13 Trustee

Attorney for debtor:

STEVEN J HUNTER

---

CERTIFICATE OF SERVICE

I certify that this pleading was served by the court's electronic filing system upon the debtor's attorney, and by first class mail upon the debtor and the responding employer, at the addresses listed herein.

Dec 18, 2018    by: /s/ Evelyn Anderson