**S. J. Beaulieu, Jr., Chapter 13 Trustee**  
(504)831-1313

433 Metairie Road, Suite307  
Metairie, LA 70005

Debtor(s): _Schwing_  Case No. _18-13335_  
Attorney: _Hunter_  Date: _1.9.19_

| The following Deficiencies have been found in this case: |
|---|

**I.**
Priority Claims: ☐ Case involves a Domestic Support Obligations (DSO)  
☐ Taxes owed ☐ Personal Injury debt ☐ Student Loan ☐ Debt due on Retirement Account  
☐ Please Provide ☐ Full name, address and telephone number of claim holder and State Support Agency for DSO and ☐ Copy of Judgment for DSO ☐_____  
☐ Credit counseling Certificate (Form 23) and Repayment Plan or Exemption Certificate (§ 521(b))  
☐ To avoid a MTD, 60 days' pay advices needed (& days before MOC) for ☐ Debtor ☐ Spouse  
☐ _____  
☐ To avoid a MTD, debtor must provide (7 days before MOC) Tax Return(s) (or transcripts) for the Tax year: ☐_____  
☐ Debtor(s) must certify the filing of all tax returns for the 4 years preceding the case  
☐ Need Employment information and Income/Expense itemization on Non-Filing Spouse.  
☐ Schedule I & J ☐ including statement of anticipant increase/decrease in income ☐Other  
☐ Debtor in business/Self-Employed:  
   Debtor must provide: ☐ Statement of Affairs ☐ Balance Sheet ☐ Profit & Loss ☐ Business Budget  
☐ Tax Returns for: _____

**II.**
☐ Fixed Fee Agreement _____  
**Chapter 13 Plan:**  
☑ Needs Court Approved Liquidation Analysis ☐ Fails liquidation test: _____  
☐ Applicable Commitment period is 60 months: ☐ Debtor's plan is for: _____ months.  
☐ Broker's Price Opinion (BPO) on: ☐ Debtor's residence ☐ Other _____  
☐ Must state collateral value for each secured creditor. _____  
☐ Lines 7, 9, 10 and 21 exceed IRS Standards by $ _____ on Schedule J _____  
☐ Need proof of charitable contribution (front and back of checks). Bank statements with contribution and totaled.  
☑ _W-How long employed-Sch I_  
☑ _W-employer address-Sch I_  
☐ _____  
☐ _____  
☐ _____  
☐ _____  
☐ _____  
☐ _____  
☐ _____

The deadline to respond to the Deficiencies is _1.16.19_.