Form Date: **06-21-18**         [Amended]
**Debtors[s]**  Schwing, Jr.              Case No. _____

# Liquidation Analysis Worksheet

**1.| Calculation of Net Liquidation Amount**
Real Estate **[Schedule A Part I]** or BPO which has to be within 2 years]
[1] __115,000.00__   [2]_____  [3]_____  [4]_____
Market Value [MV] of the Real Estate 10% [6% Sales Commission = 4% closing cost [MV x .90] = a
[1]__103,500.000__  [2]_____  [3]_____  [4]_____
**Exemption of Real Estate [Schedule C] = b**
[1]  __35,000.00__   2]_____  [3]_____  [4]_____
Less: Mortgage[s][MTG on Real Estate [Schedule  D] = c
[1] 158,000.00       [2]_____  [3]_____  [4]_____
A minus b, minus c = **d {Lines 1 thru 4}**
[1]__0.00__          [2]_____  [3]_____  [4]_____
Add lines d1, d2, d3 & d4 = [1] =========================================== [1] =    __0.00__

**2.| Calculation of New Liquidation on succession**
See Value Listed on **SCHEDULE B [Part 4|** Line 32}
This Value is obtained from the Form Titled "Valuation of succession property"    [2] = __0.00__

**3. Calculation of Net Liquidation on Remaining Assets [Schedule B| part 2, 3, 4, 5, 6 & 7|**
**Part2-Line 3:** [Cars, Vans, Trucks, Sport Utility Vehicles, Motorcycles [M/C]
       [Schedule B]     Less Exemption [Schedule C]   **Minus MTG [Schedule D]**   Total Amount
Year_2005_$ 2450.00_____  $_____              $_____              = e] $2450.00
Year 2008  $ 8650.00____  $ 7500.00_____            $_____                $1150.00
Year2001  $1737.50_____   $_____              $_____                $1737.50
**Part 2-Line 4:** [Watercraft, aircraft, motor homes, ATV's & other recreational vehicles/accessories]
Year____ $_____   $_____              $_____              = [f] $____
Year____ $_____   $_____              $_____                $_____
**Part 3: Lines 6 thru 14** [Describe your Personal & Household Items]
       $5450.00_____     $5200.00_____             $_____              = [g] $250.00
**Part 4: Lines 16 thru 35** [Describe your financial assets ** [DO NOT INCLUDE #32] ****
       $58,400.00___     $ 56000.00_____            $_____              = [h] $2400.00
**Part 5, 6, 7: Lines 37 thru 5**3 [Describe any Business, Any Farm & Commercial Fishing-Related Property
you own or have interest in that you did not list
       $11212.50____     $ 11212.50_____         $_____              = [i] $0.00
       $_____     $_____              $_____                $_____
       $_____     $_____              $_____                $_____
Line Total of: [e, f, g, h, I, j & k] = **Line [3]**                          [3] = 8037.00

Total of Net Liquidation of Estate: [Add #'s 1, 2 &3] = **Line [4]**           [4] = 8037.00
Less the Trustee Fee
25% of the First $5,000.00                                                  [l] $ 1250.00_____
10% of the First $5,000.01 to $50,000.00                                    [m] $ 303.70_____
5% of the First $50,000.01 to $999,999.99                                   [n] $ _____
Reasonable compensation not to exceed 3% of the amount over $1,000,000.00  [o] $_____
Lines [l, m, n & o] = **Line [5]**                                           [5] = <1553.70>
Line 4 minus Lien 5 = **[Line [6]**                                          [6] = 6483.30____
Line 6 [times .99] for Administrative expense = **Line [7]**                 [7] = 6418.46____
**If Line 7 is less than $1,500.00 the Liquidation is Zero [If it's more than $1,500.00 Proceed]**
Line 7 less Priority Debts [**Schedule E**] $__0.00__      = **Line [8]**    [8] =__0.00__
**Discount Rate 4% Factor depends on the terms of the Plan [See Chart] 1.1050**
**Line 8 times [chart Value] = Line [9]**                                    [9] = **7092.40**