## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | EUGENE BARON SCHWING, JR. | CASE NO. 18-13335 |
| | DEBTOR(S) | CHAPTER 13 |
| | | SECTION "B" |

### RESPONSE TO TRUSTEE NOTICE OF DEFICIENCY

NOW COMES DEBTOR'S COUNSEL, Steven J. Hunter, and responds to Trustee's Notice of Deficiency as follows:

1. On January 9, 2019, Trustee filed a Notice of Deficiency in regard to Debtor's Chapter 13 plan.

2. The issues were the need for a liquidation analysis and employment information regarding debtor's non-filing spouse.

3. Counsel has filed an amended liquidation analysis. The original one was attached to debtor's plan.

4. Counsel has also filed an amended schedule I that describes the address of debtor's spouse along with length of employment.

WHEREFORE, debtor's counsel respectfully requests that the Court accept this response to Trustee's Notice of Deficiency.

Respectfully Submitted,

Dated: January 9, 2019

/s/ Steven J. Hunter
Steven J. Hunter (33194)
Attorney for Debtor(s)
3500 North Hullen Street
Suite 241
Metairie, LA 70002
(504)598-5313
steven.john.hunter@live.com