# United States Bankruptcy Court

Eastern District of Louisiana

| EUGENE BARON SCHWING, JR.<br>239 DILTON ST<br>NEW ORLEANS LA 70123 | 18-13335<br>Chapter 13<br>Section B |
|---|---|

## TRUSTEE'S MEMO TO RECORD

At the §341 Meeting of Creditors in this case, S.J. Beaulieu, Jr., Chapter 13 Trustee, presiding, the following determinations were made:

Debtor 1 [✓]ID provided [✓]SSN verified [ ]other_____ [ ]not present
Debtor 2 [ ]ID provided [ ]SSN verified [ ]other_____ [ ]not present
Form 2016 [✓]provided [ ]not provided [ ]non-atty assistance_____
Attorney [✓]present [ ]not present  STEVEN J HUNTER
[✓]Meeting held [ ]Meeting not held because_____
[ ]Meeting continued to _____ at _____
[ ]Motion to Dismiss, reason:_____
[ ]Plan is confirmable; 100.00% to unsecured creditors, 60 months
[✓]Trustee objects to confirmation [ ]case converted to Chapter_____
　　　　　　　　　　　[ ]case dismissed

THE TRUSTEE REQUIRES THE FOLLOWING BEFORE RECOMMENDING CONFIRMATION:

[ ]Proof of income_____　　[ ]Asset valuation_____
[ ]Tax return_____　　　　　[ ]Info on succession interest_____
[ ]Info on exemptions_____　　　[ ]Info on expenses:
　　　　　　　　　　　　　　　　　　　　　　　　　　[ ]charitable contributions
　　　　　　　　　　　　　　　　　　　　　　　　　　[ ]medical expenses
　　　　　　　　　　　　　　　　　　　　　　　　　　[ ]other

[ ]Other_____

New Orleans, January 23, 2019.　　　　　/s/ S.J. Beaulieu, Jr.　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　S.J. Beaulieu, Jr.　　　　　　Andy Wiebelt