UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   EUGENE BARON SCHWING, JR.   CASE NO. 18-13335

DEBTOR   CHAPTER 13

SECTION B

## NOTICE OF CHANGES TO AMENDED CHAPTER 13 PLAN IN COMPLIANCE WITH LOCAL RULE 1009-1

TO ALL PARTIES OF INTEREST:

1. Schedule D is being amended to list the mortgage held by Wells Fargo Home Mortgage. The mortgage is owed by Debtor's non-filing spouse. The claim is being paid directly. Wells Fargo Home Mortgage did not file a proof of claim.

2. The Chapter 13 plan is being amended to reflect that the bar date has passed and Debtor is paying 104% to non-priority general unsecured creditors.

The modification is immaterial.

Respectfully submitted,

/s/ Steven J. Hunter
STEVEN J. HUNTER #33194
Attorney for Debtor(s)
3500 North Hullen Street
Suite 241
Metairie, LA 70002
(504)598-5313
Steven.john.hunter@live.com