UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:     EUGENE BARON SCHWING, JR.     CASE NO. 18-13335

DEBTOR     CHAPTER 13

SECTION B

## ORDER

Considering the motion to file amended plan *pre confirmation* **(P-37)**,

**IT IS ORDERED** that the amended plan **(P-36)** filed on March 12, 2019 supersedes all previously filed plans and will be considered for confirmation on the date set by this court.

**IT IS FURTHER ORDERED** that the counsel for debtor shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service evidencing such within three (3) days.

New Orleans, Louisiana, March 12, 2019.

*J. A. Brown*
Hon. Jerry A. Brown
U.S. Bankruptcy Judge

STEVEN J. HUNTER #33194
Attorney for Debtor(s)
3500 North Hullen Street
Suite 241
Metairie, LA 70002