Certificate Number: 14912-LAE-DE-032465714

Bankruptcy Case Number: 18-13335



14912-LAE-DE-032465714

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 19, 2019</u>, at <u>12:26</u> o'clock <u>PM EDT</u>, <u>Eugene Schwing</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Louisiana</u>.

Date: <u>March 19, 2019</u>     By: <u>/s/Jai Bhatt</u>

Name: <u>Jai Bhatt</u>

Title: <u>Counselor</u>