# United States Bankruptcy Court
Eastern District of Louisiana

EUGENE BARON SCHWING, JR.
239 DILTON ST
NEW ORLEANS LA  70123

18-13335
Chapter 13
Section B

## TRUSTEE'S OBJECTION TO LATE-FILED CLAIM and NOTICE OF HEARING

NOW INTO COURT comes S.J. Beaulieu, Jr., Trustee, who prays that the claim filed in this case in the amount of $335.32 by the below-named creditor be disallowed, as the claim was filed after the bar date.  The claim was filed on February 25, 2019; the bar date was 02/22/2019. Grounds for the objection are as followed: THE CLAIM WAS FILED AFTER THE BAR DATE

Claimant:

QUANTUM3 GROUP LLC/NCEP LLC
PO BOX 788
KIRKLAND WA  98083

Court's claim #22
Trustee Claim ID 33

Account #3643

NOTICE IS HEREBY GIVEN that any party opposing this motion must file an objection or response with the office of the Clerk of Court, with service to the Chapter 13 Trustee, no later than seven days before the scheduled hearing.  If an objection is timely filed and served, a hearing on the motion shall be held on:

July 24, 2019 at  9:00 am.

at the United States Bankruptcy Court, 500 Poydras Street, Room B-705, New Orleans, Louisiana.

Attorney for debtor:

STEVEN J HUNTER
steven.john.hunter@live.com

/s/ S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr.
Chapter 13 Trustee

| CERTIFICATE OF SERVICE |
|---|
| I certify that this pleading was served by the court's electronic filing system upon the debtor's attorney, and by first class mail upon the debtor and the pertinent creditor, at the addresses listed herein. |
| 06/18/2019            by: Leslie Spain |