# United States Bankruptcy Court
Eastern District of Louisiana

EUGENE BARON SCHWING, JR.
239 DILTON ST
NEW ORLEANS LA 70123

18-13335
Chapter 13
Section B

## ORDER DISALLOWING CLAIM

Pursuant to the hearing set for July 24, 2019 on the Trustee's Objection **(P-54)** to the late filed claim that was filed in this case on February 25, 2019, in the total amount of $335.32, by this creditor:

| | |
|---|---|
| Creditor: | Court's claim #22 |
| QUANTUM3 GROUP LLC/NCEP LLC<br>PO BOX 788<br>KIRKLAND WA 98083 | Trustee's claim #33 |
| | Account #3643 |

After considering the pleadings,

IT IS ORDERED that the claim is DISALLOWED.

IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, July 30, 2019.

*J. A. Brown*

Hon. Jerry A. Brown
U.S. Bankruptcy Judge