UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:       EUGENE BARON SCHWING, JR.       CASE NO. 18-13335

            DEBTOR                                   CHAPTER 13

                                                          SECTION B

## MOTION FOR AUTHORITY TO USE STATE TAX REFUND TO OFFSET FEDERAL TAX DEBT

NOW INTO COURT, appearing through undersigned counsel comes Eugene Baron Schwing, Jr., ("Debtor") in the above entitled and numbered action who respectfully represents that:

1.

On December 14, 2018, Debtor filed a voluntary petition for relief under Title 11, Chapter 13 of the Bankruptcy Code. 3. On March 25, 2019 this Court confirmed Debtor's plan of reorganization. Debtor is currently in month 18 of a 60 month plan. Debtor is current with all plan payments.

2.

Debtor has received a state tax refund for 2019 in the amount of $738.00. This amount has been forwarded to the Chapter 13 Trustee as it is considered disposable income. At the same time Debtor owes federal tax for 2019 in the amount of $1,542.00.

6.

As Debtor owes money to the IRS for 2019 Debtor believes that the state tax refund should not be considered disposable income as he owes money to the IRS. Debtor requests that he be allowed to use the state refund to offset the federal tax debt. As such Debtor requests that that the state tax refund be returned to him so that he may use the state refund to pay towards the federal debt.

WHEREFORE, Debtor prays that this matter be set for hearing, and after all due proceedings be had, that the debtor be granted to permission to use his state tax refund to offset his federal tax debt and for such other relief as is just and equitable.

RESPECTFULLY SUBMITTED:

/s/ Steven J. Hunter
Steven J. Hunter (33194)
Attorney for Debtor(s)
3500 Hullen Street
Ste. 241
Metairie, LA 70002
(504)598-5313
steven.john.hunter@live.com