UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:          EUGENE BARON SCHWING, JR.          CASE NO. 18-13335

                DEBTOR                            CHAPTER 13

                                                  SECTION B

NOTICE OF HEARING

TO ALL PARTIES OF INTEREST:

NOTICE IS HEREBY GIVEN that a hearing on MOTION FOR AUTHORITY TO USE STATE TAX REFUND TO OFFSET FEDERAL TAX DEBT filed by debtor Eugene Baron Schwing, Jr. has been set for hearing before Judge Jerry A. Brown, at SECTION B TeleConference Line: 1-888-684-8852 Access Code 7058793 on the **5th day of   August 2020 at 10:30 a.m.** to consider said motion.

        NOTICE IS FURTHER GIVEN that any party opposing the above motion must file a written objection or response with the Clerk of the Court and must serve the trustee and the debtor attorney no later than seven (7) days prior to the scheduled hearing.

        Objections, if any are filed, will be heard on the same day as the above hearing.

                                        Respectfully Submitted:

                                         /s/ Steven J. Hunter
                                        STEVEN J. HUNTER #33194
                                        Attorney for Debtor(s)
                                        3500 North Hullen Street
                                        Suite 241
                                        Metairie, LA 70002
                                        Telephone (504)598-5313
                                        Steven.john.hunter@live.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:          EUGENE BARON SCHWING, JR.          CASE NO. 18-13335

                DEBTOR                             CHAPTER 13


CERTIFICATE OF SERVICE

I, Steven J. Hunter, Attorney for the Debtors, do hereby certify that on June 26, 2020 a copy of the MOTION FOR AUTHORITY TO USE STATE TAX REFUND TO OFFSET FEDERAL TAX DEBT and NOTICE OF HEARING filed by Debtor was served by electronic filing or First Class Mail, properly addressed and postage prepaid, upon the following parties of interest and the parties on the Mailing Matrix:

Eugene Baron Schwing, Jr. 239 Dilton St New Orleans LA 70123

Chapter 13 Trustee Sterling J. Beaulieu, Jr. VIA ECF sjb@ch13no.com

Office of U. S. Trustee, VIA ECF USTPRegion5.NR.ECF@usdoj.gov

/s/ Steven J. Hunter
Steven J. Hunter

(p) Republic Finance LLC
1140 Roma Ave
Hammond, LA 70403-5464

Absolute Resolutions Investments LLC
8000 Norman Center Drive
Ste 350
Minneapolis, MN 55437

American Express
PO Box 981537
El Paso, TX 79998

Atlantic Credit and Finance
PO Box 2083
Warren, MI 48090

Bank of America
PO Box 982284
El Paso, TX 79998

Becket and Lee LLP
Attorneys/Agent for Creditor
POB 3001
Malvern, PA 19355-0701

Best Buy Credit Services
PO Box 78009
Phoenix, AZ 85062

Calvary Portfolio Services
500 Summit Lake Dr
Ste 4A
Valhalla, NY 10595

Calvary SPV I, LLC
500 Summit Lake Drive
Ste 400
Valhalla, NY 10595

Capital One Bank USA NA
10700 Capital One Way
Glen Allen, VA 23060

Chase/Bank One Card Services
PO Box 15298
Wilmington, DE 19850

CITIBANK CBNA
PO Box 6497
Sioux Falls, SD 57117-6497

CItibank, N.A.
701 E 60th St N
Sioux Falls, SD 57104

Citicards CBNA XFER to SHERMAN Originati
PO Box 6241
Sioux Falls, SD 57117-6241

Crown Asset Management LLC
3100 Breckenridge Blvd Ste 725
Duluth, GA 30096

Discover Bank Discover Products Inc
PO Box 3025
New Albany, OH 43054

DISCOVER FINANCIAL SVCS LL
PO Box 15316
Wilmington, DE 19850-5316

Edward F.Bukaty, III
One Galleria Blvd., Suite 1810
Metairie, LA 70001-7571

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107

Hannan, Guisti & Hannan L.L.P.
Attn: Michael D. Hannan
2201 Ridgelake Dr
Metairie, LA 70001-2020

Jodi T Schwing
239 Dilton Street
New Orleans, LA 70123-1268

Lending Club Corp
71 Stevenson St Ste 300
San Francisco, CA 94105

MIDLAND CREDIT MANAGMENT as agent
for  MIDLAND FUNDING, LLC
PO Box 2011
Warren, MI 48090

Portfolio Recovery Associates
POB 41067
Norfolk, VA 23541

Portfolio Recovery Associates LLC *
PO Box 12914
Norfolk, VA 23541

Quantum 3 Group LLC [n]
as agent for Crown Asset Management LLC
PO Box 788
Kirkland, WA 98083-0788

Rausch Sturm
PO Box 312277
Enterprise, AL 36331

Republic Finance c/o
Hannan, Giusti & Hannan LLP
2201 Ridgelake Drive
Metairie, LA 70001-2000

REPUBLIC FINANCE LLC
282 Tower Rd
Ponchatoula, LA 70454

Resurgent Capital Systems
PO Box 10587
Greenville, SC 29603-0587

Robertson, Anschuta & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

Robertson, Anschutz & Schneid P.L.
6409 Congress Avenue Suite100
Boca Raton, FL 33487

Sherman Originator III LLC
c/o Resurgent Capital
PO Box 10497
Greenville, SC 29603

Specialized Loan Servicing
8742 Lucent Blvd
Suite 300
Highlands Ranch, CO 80129

State Farm Bank
PO Box 2313
Bloomington, IL 61702

Synchrony Bank
PO Box 9650005
Orlando, FL 32896

Synchrony Bank  c/o *
PRA Receivables Management LLC
PO Box 41021
Norfolk, VA 23541

Syncrony Bank
PO Box 965005
Orlando, FL 32896

Wells Fargo Home Mortgage XFER
PO Box 10335
Des Moines, IA 50306-0335