UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | EUGENE BARON SCHWING, JR. | CASE NO. 18-13335 |
| | DEBTOR | CHAPTER 13 |
| | | SECTION B |

### ORDER

Hearing on the Motion For Authority to Use State Tax Refund to Offset Federal Tax Debt, filed by debtor Eugene Baron Schwing, Jr. was set for August 5, 2020 (**P-59**);

After considering the pleadings, and there being no timely objections filed;

**IT IS HEREBY ORDERED** that debtor is granted permission to use his 2019 state tax refund in the amount of $738.00 to offset his federal tax debt.

**IT IS FURTHER ORDERED** that counsel for debtor shall serve this order on the required parties who will not receive notice through the ECF system pursuant to FRBP and LBRs and file a certificate of service evidencing such within three (3) days.

New Orleans, Louisiana, July 30, 2020.

*J. A. Brown*
Hon. Jerry A. Brown
U.S. Bankruptcy Judge

Steven J. Hunter (33194)
Attorney for Debtor(s)
3500 Hullen Street
Ste. 241
Metairie, LA 70002
(504)598-5313
steven.john.hunter@live.com