# STEVEN J. HUNTER
*Attorney at Law*

3500 NORTH HULLEN STREET
SUITE 241
METAIRIE, LA 70002
(504)598-5313 (504)272-2930 (fax)
steven.john.hunter@gmail.com

July 29, 2021

Chapter 13 Trustee
Eastern District of Louisiana
Mr. S.J. Bealieu, Jr.
433 Metairie Road, Suite 307
Metairie Louisiana 70005

RE: Client Eugene Baron Schwing, Jr.
     Case Number 18-13335

Dear Mr. Beaulieu,

The above-referenced client has requested that the current wage order be terminated.

Should you require any additional information, please do not hesitate to call.

Respectfully yours,

*Steven J. Hunter*

Steven J. Hunter