# United States Bankruptcy Court
Eastern District of Louisiana

---

| | |
|---|---|
| EUGENE BARON SCHWING, JR.<br>239 DILTON ST<br>NEW ORLEANS LA  70123 | 18-13335<br>Chapter 13<br>Section A |

## EX PARTE MOTION TO DISCONTINUE WITHHOLDING EARNINGS

---

NOW INTO COURT comes S. J. Beaulieu, Jr., Trustee, who respectfully requests that the previously-entered order to the debtor's employer to make deductions from the debtor's pay, and to remit the sums so deducted to the Trustee (pleading #20), be rescinded.  This request is occasioned as follows:

__ The case is now completed.

__ The debtor is no longer employed by the subject employer.

_X_ The order was requested by the debtor, who now requests that the deductions stop.

__ The case is converted to a Chapter 7.

__ The case is dismissed by order of the court.

__ Debtor was granted a suspension.

__ The debtor has changed to Transfer Funds Service (TFS).

__  The debtor has requested a suspension.

Employer:

THIRD DIST FIRE DEPT
10415 JEFFERSON HWY
NEW ORLEANS LA  70123

Attorney for debtor:

STEVEN J HUNTER
steven.john.hunter@live.com

/s/ S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr.
Chapter 13 Trustee

---

CERTIFICATE OF SERVICE

I certify that this pleading was served by the court's electronic filing system upon the debtor's attorney, and by first class mail upon the debtor and the subject employer, at the addresses listed herein.

Aug 03, 2021     by: /s/ Leslie Spain