United States Bankruptcy Court
Eastern District of Louisiana

In re:  Case No. 18-13335
 Chapter 13
EUGENE BARON SCHWING, JR.  Section A
239 DILTON ST
NEW ORLEANS LA  70123

ORDER

Considering the Trustee's Ex Parte Motion to Discontinue Withholding Earnings and Payment to Trustee **(P-70)**,

THIRD DIST FIRE DEPT
10415 JEFFERSON HWY
NEW ORLEANS LA  70123

**IT IS ORDERED** that the Motion is granted and the deductions by the above referenced employer from payments due to the debtor,**EUGENE BARON SCHWING, JR.,** be discontinued and that no such deductions be made except upon further order of this Court.

**IT IS FURTHER ORDERED** that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

   New Orleans, Louisiana, August 6, 2021.

MEREDITH S GRABILL
UNITED STATES BANKRUPTCY JUDGE