| | |
|---|---|
| **S.J. Beaulieu, Jr.** | 433 Metairie Road, Suite 307 |
| Chapter 13 Trustee | Metairie, Louisiana 70005 |
| | 504-831-1313 |

January 5, 2024

Quantum 3 Group LLC as agent for
Crown Asset Management LLC
PO Box 788
Kirkland, WA  98083-0788

Email:   claims@quantum3group.com

| | |
|---|---|
| Amount $ 17.11 | Trustee's Claim # **33** |
| Account Number:        3643 | Court's Claim # 22 |

Case No:         18-13335
Debtor[s]:      Eugene Baron Schwing, Jr.

Dear Sirs,

A claim was filed on 02-25-19 for the default amount of $335.32.  The claim has been disallowed.  The Trustee paid the total of $17.11 which has caused an overpayment in the amount of $17.11.  Please refund the Trustee $17.11 within 15 days to prevent a Motion to Compel from generating.

Sincerely,

Michele Lisicki
Financial Administrator
Email: michelel@ch13no.com


CC:     Eugene Baron Schwing, Jr.
        239 Dilton Street
        New Orleans, LA  70123

        Steven J Hunter
        Email:   steven.john.hunter@live.com