# United States Bankruptcy Court
Eastern District of Louisiana

| | |
|---|---|
| EUGENE BARON SCHWING, JR.<br>239 DILTON ST<br>NEW ORLEANS LA 70123 | 18-13335<br>Chapter 13<br>Section A |

## TRUSTEE'S NOTICE OF PLAN COMPLETION AND PROCEDURES REGARDING THE DISCHARGE ORDER AND CLOSING OF THE CASE

NOTICE IS GIVEN that the debtor(s) have completed the payments due under their confirmed plan. The Chapter 13 Trustee is prepared to close the case pursuant to 11 U.S.C. §350(a), 11 U.S.C. §1302(b) and Federal Rule of Bankruptcy Procedure 5009.

NOTICE IS FURTHER GIVEN that the debtor(s) must file under penalty of perjury the DEBTOR(S) MOTION FOR ENTRY OF DISCHARGE AND CERTIFICATION OF PLAN COMPLETION in the form attached hereto, which must be signed, filed, and served on all creditors and parties in interest included on the court's mailing matrix within 60 days of the date the Chapter 13 Trustee certifies he mailed this notice (see Certificate of Service below for date). If the debtor(s) is/are unable to make the certification and asserts entitlement to a discharge, debtor(s) may file the MOTION FOR ENTRY OF DISCHARGE WITHOUT CERTIFICATION OF PLAN COMPLETION within the time periods and upon the parties shown above.

NOTICE IS FURTHER GIVEN that the debtors' failure to comply will result in the closing of the case without the entry of a discharge. If the debtors thereafter desire a discharge, the case will have to be reopened and the debtor(s) will have to pay the fee due for the filing of the motion to reopen.

Attorney for Debtor:

STEVEN J HUNTER
steven.john.hunter@live.com

| Certificate of Service |
|---|
| I certify that this notice was served by the court's electronic filing system upon the debtor's attorney, and by email and/or first class mail upon the debtor, at the addresses listed herein.<br><br>S.J. BEAULIEU JR.<br>Date: 01/31/2024        by: /s/ Beverly Faulkenbery |

# United States Bankruptcy Court
## Eastern District of Louisiana

| | |
|---|---|
| EUGENE BARON SCHWING, JR.<br>239 DILTON ST<br>NEW ORLEANS LA  70123 | 18-13335<br>Chapter 13<br>Section A |

## DEBTOR'S MOTION FOR ENTRY OF DISCHARGE
## AND CERTIFICATION OF PLAN COMPLETION

..

The debtor(s) certify under penalty of perjury that the following is true and correct, and based on this certification moves for the entry of a discharge pursuant to 11 U.S.C. §1328(a):

1. All plan payments have been completed and the debtor(s) is/are otherwise entitled to a discharge under 11 U.S.C. §1328(a).

2. Debtor does not have any liability for domestic support obligations due on or before the date this certificate is signed, including any post-petition amounts to the extent provided for by the plan, or the debtor has such obligations to:

    Payee:

    Address:

3. Debtor has successfully completed an approved instruction course concerning personal financial management described in 11 U.S.C. §111 if a waiver is not currently in effect.

4. The provisions of 11 U.S.C. §522(q) are not applicable in this case, pursuant to 11 U.S.C. § 1328(h).  There are no proceedings pending against the debtor of the kind described in 11 U.S.C. §522(q)(1)(A) or 11 U.S.C. §522(q)(1)(B), pursuant to §1328(h).

5. The debtor is not ineligible to receive a discharge in this case by reason of obtaining a prior discharge in accordance with §1328(f)(1) or (2).

_____    _____
Debtor's signature            Date        Co-debtor's signature            Date

# United States Bankruptcy Court
## Eastern District of Louisiana

EUGENE BARON SCHWING, JR.
239 DILTON ST
NEW ORLEANS LA 70123

18-13335
Chapter 13
Section A

## NOTICE OF HEARING

NOTICE IS GIVEN that the debtor(s) have filed a MOTION FOR ENTRY OF DISCHARGE AND CERTIFICATION OF PLAN COMPLETION and has requested that a discharge be entered.

NOTICE IS FURTHER GIVEN that any party opposing the Debtor's Motion for Entry of Discharge and Certification pf Plan Completion must file the objection with the clerk of court, and serve the trustee, the debtor, and the debtor's attorney no later than eight days before the scheduled hearing. If no objection is received, the Court may, without the necessity for hearing or further notice, grant the relief requested.

Objections, if any are filed, will be heard on

_____ at 8:25 a.m.

at the *SECTION A TeleConference Line: 1-504-517-1385 Access Code 129611.

Name, address and phone number of attorney for debtor:

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing MOTION FOR ENTRY OF DISCHARGE and CERTIFICATION OF PLAN COMPLETION and the above NOTICE OF HEARING were served on _____, 20___, by ELECTRONIC FILING through the court's electronic filing system upon: _____

and by first class mail, postage prepaid upon: _____

_____

# United States Bankruptcy Court
## Eastern District of Louisiana

| | |
|---|---|
| EUGENE BARON SCHWING, JR.<br>239 DILTON ST<br>NEW ORLEANS LA  70123 | 18-13335<br>Chapter 13<br>Section A |

## DEBTOR'S MOTION FOR ENTRY OF DISCHARGE
## WITHOUT CERTIFICATION OF PLAN COMPLETION

....

The debtor(s) are unable to certify affirmatively that the plan is complete because debtor(s) cannot attest to (explanation): _____.
The debtor(s) move for the entry of a Chapter 13 discharge in accordance with the Notice of Hearing sent out contemporaneously herewith.

_____     _____
Debtor's signature               Date                    Co-debtor's signature               Date

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing DEBTOR'S MOTION FOR ENTRY OF DISCHARGE WITHOUT CERTIFICATION OF PLAN COMPLETION was served on _____, 20_____, by ELECTRONIC FILING through the court's electronic filing system upon: _____ and by first class mail, postage prepaid upon: _____.

_____

# United States Bankruptcy Court
## Eastern District of Louisiana

EUGENE BARON SCHWING, JR.
239 DILTON ST
NEW ORLEANS LA 70123

18-13335
Chapter 13
Section A

## NOTICE OF HEARING

.....

NOTICE IS GIVEN that the debtor(s) have filed a MOTION FOR ENTRY OF DISCHARGE WITHOUT CERTIFICATION OF PLAN COMPLETION and has requested that a Chapter 13 discharge be entered.

NOTICE IS FURTHER GIVEN that any party opposing the Debtor's Motion for Entry of Discharge Without Certification pf Plan Completion must file the objection with the clerk of court, and serve the trustee, the debtor, and the debtor's attorney no later than eight days before the scheduled hearing. If no objection is received, the Court may, without the necessity for hearing or further notice, grant the relief requested.

A hearing will be held on

_____ at 8:25 a.m.

at the *SECTION A TeleConference Line: 1-504-517-1385 Access Code 129611.

Name, address and phone number of attorney for debtor:

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing MOTION FOR ENTRY OF DISCHARGE WITHOUT CERTIFICATION OF PLAN COMPLETION and the above NOTICE OF HEARING were served on _____, 20___, by ELECTRONIC FILING through the court's electronic filing system upon: _____

and by first class mail, postage prepaid upon: _____

_____