# United States Bankruptcy Court
## Eastern District of Louisiana

In re **Eugene Baron Schwing, Jr.**      Case No. **18-13335**
Debtor(s)      Chapter **13**

## DEBTOR(S) MOTION FOR ENTRY OF DISCHARGE AND CERTIFICATION OF PLAN COMPLETION

☐ Debtor(s) certifies under penalty of perjury that the following is true and correct, and based on this certification moves for the entry of a discharge pursuant to 11 U.S.C. §1328(a):

1. All plan payments have been completed and the debtor(s) is/are otherwise entitled to a discharge under 11 U.S.C. §1328(a).

2. Debtor does not have any liability for domestic support obligations due on or before the date this certificate is signed, including any pre-petition amounts to the extent provided for by the plan, or the debtor has paid such obligations to:

     Payee:
     Address:

3. Debtor has successfully completed an approved instruction course concerning personal financial management described in 11 U.S.C. §111 if a waiver is not currently in effect.

4. The provisions of 11 U.S.C. §522(q) are not applicable to this case, pursuant to 11 U.S.C. §1328(h). There are no proceedings pending against the debtor of the kind described in 11 U.S.C. §522(q)(1)(A) or §522(q)(1)(B), pursuant to §1328(h).

5. The debtor is not ineligible to receive a discharge in this case by reason of obtaining a prior discharge in accordance with §1328(f)(1) or (2).

| | | | |
|---|---|---|---|
| **/s/ Eugene Baron Schwing, Jr.** | **February 14, 2024** | | **February 14, 2024** |
| Debtor's signature | Date | Co-debtor's signature | Date |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing **DEBTOR(S) MOTION FOR ENTRY OF DISCHARGE AND CERTIFICATION OF PLAN COMPLETION** was served on **February 14, 2024**, by ELECTRONIC FILING through the court's electronic filing system upon:

Chapter 13 Trustee Sterling J. Beaulieu, Jr.VIA ECF sjb@ch13no.com

Office of U. S. Trustee, VIA ECF USTPRegion5.NR.ECF@usdoj.gov

and by first class mail, postage prepaid upon: **the creditor matrix** .

**/s/ Steven J. Hunter**
**Steven J. Hunter 33194**
**Steven J. Hunter**
**3500 North Hullen**
**Suite 241**
**Metairie, LA 70002**
**(504)598-5313**
**steven.john.hunter@live.com**

(p) Republic Finance LLC 1140 Roma Ave Hammond, LA 70403-5464

Absolute Resolutions Investments LLC 8000 Norman Center Drive Ste 350 Minneapolis, MN 55437

Afni, Inc c/o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701

Ally Financial PO Box 380901 Minneapolis, MN 55438

Altran Financial LP PO Box 722910 Houston, TX 77272

American Express PO Box 981537 El Paso, TX 79998

Atlantic Credit and Finance PO Box 2083 Warren, MI 48090

Bank of America PO Box 982284 El Paso, TX 79998

Best Buy Credit Services PO Box 78009 Phoenix, AZ 85062

Calvary Portfolio Services 500 Summit Lake Dr Ste 4A Valhalla, NY 10595

Calvary SPV I, LLC 500 Summit Lake Drive Ste 400 Valhalla, NY 10595

Capital One Bank USA NA 10700 Capital One Way Glen Allen, VA 23060

Chase/Bank One Card Services PO Box 15298 Wilmington, DE 19850

Chase/Bank One Card Services PO Box 15298 Wilmington, DE 19850

CITIBANK CBNA PO Box 6497 Sioux Falls, SD 57117-6497

CItibank, N.A. 701 E 60th St N Sioux Falls, SD 57104

Citicards CBNA -- POB 6241 Sioux Falls, SD 57117

Citicards CBNA PO Box 6241 Sioux Falls, SD 57117-6241

Crown Asset Management LLC 3100 Breckenridge Blvd Ste 725 Duluth, GA 30096

Dell Finl SVCS Web Bank PO Box 81607 Austin, TX 78708

Discover Bank Discover Products Inc PO Box 3025 New Albany, OH 43054

DISCOVER FINANCIAL SVCS LL PO Box 15316 Wilmington, DE 19850-5316

Edward F.Bukaty, III One Galleria Blvd., Suite 1810 Metairie, LA 70001-7571

First Bankcard PO Box 3331 Omaha, NE 68103

First Premier Bank 3820 N Louise Ave Sioux Falls, SD 57107

Hannan, Guisti & Hannan L.L.P. Attn: Michael D. Hannan 2201 Ridgelake Dr Metairie, LA 70001-2020

Jodi T Schwing 239 Dilton Street New Orleans, LA 70123-1268

Lending Club Corp 71 Stevenson St Ste 300 San Francisco, CA 94105

MIDLAND CREDIT MANAGMENT as agent for MIDLAND FUNDING, LLC PO Box 2011 Warren, MI 48090

Portfolio Recovery Associates POB 41067 Norfolk, VA 23541