## United States Bankruptcy Court
### Eastern District of Louisiana

| | | |
|---|---|---|
| In re   **Eugene Baron Schwing, Jr.** | Case No. | **18-13335** |
| Debtor(s) | Chapter | **13** |

### NOTICE OF HEARING

**NOTICE IS GIVEN** that the debtor(s) have filed a MOTION FOR ENTRY OF DISCHARGE AND CERTIFICATION OF PLAN COMPLETION and has requested that a Chapter 13 discharge be entered.

**NOTICE IS FURTHER GIVEN** that any party opposing the Debtor's Motion for Entry of Discharge and Certification of Plan Completion must file the objection with the clerk of court, and serve the Chapter 13 Trustee, S.J. Beaulieu, Jr., at 433 Metairie Road, Suite 307, Metairie, LA 70005, the debtor, and the debtor's attorney no later than eight days before the scheduled hearing. If no objection is received, the Court may, without the necessity for hearing or further notice, grant the relief requested.

Objections, if any filed, will be heard on (**March 20, 2024 at 8:25 a.m.**) at the SECTION A Teleconference Line: 1-504-517-1385 Access Code 129611.

**/s/ Steven J. Hunter**

Steven J. Hunter 33194
Steven J. Hunter
3500  North Hullen
Suite 241
Metairie, LA 70002
(504)598-5313
steven.john.hunter@live.com

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing MOTION FOR ENTRY OF DISCHARGE and CERTIFICATION OF PLAN COMPLETION and the above NOTICE OF HEARING were served on **February 14, 2024**, by ELECTRONIC FILING through the court's electronic filing system upon:

Chapter 13 Trustee Sterling J. Beaulieu, Jr.VIA ECF sjb@ch13no.com

Office of U. S. Trustee, VIA ECF USTPRegion5.NR.ECF@usdoj.gov

and by first class mail, postage prepaid upon:the creditor matrix.

**/s/ Steven J. Hunter**

Steven J. Hunter 33194
Steven J. Hunter
3500  North Hullen
Suite 241
Metairie, LA 70002
(504)598-5313
steven.john.hunter@live.com

(p) Republic Finance LLC 1140 Roma Ave Hammond, LA 70403-5464

Absolute Resolutions Investments LLC 8000 Norman Center Drive Ste 350 Minneapolis, MN 55437

Afni, Inc c/o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701

Ally Financial PO Box 380901 Minneapolis, MN 55438

Altran Financial LP PO Box 722910 Houston, TX 77272

American Express PO Box 981537 El Paso, TX 79998
Atlantic Credit and Finance PO Box 2083 Warren, MI 48090
Bank of America PO Box 982284 El Paso, TX 79998
Best Buy Credit Services PO Box 78009 Phoenix, AZ 85062
Calvary Portfolio Services 500 Summit Lake Dr Ste 4A Valhalla, NY 10595
Calvary SPV I, LLC 500 Summit Lake Drive Ste 400 Valhalla, NY 10595
Capital One Bank USA NA 10700 Capital One Way Glen Allen, VA 23060
Chase/Bank One Card Services PO Box 15298 Wilmington, DE 19850
Chase/Bank One Card Services PO Box 15298 Wilmington, DE 19850
CITIBANK CBNA PO Box 6497 Sioux Falls, SD 57117-6497
CItibank, N.A. 701 E 60th St N Sioux Falls, SD 57104
Citicards CBNA -- POB 6241 Sioux Falls, SD 57117
Citicards CBNA PO Box 6241 Sioux Falls, SD 57117-6241
Crown Asset Management LLC 3100 Breckenridge Blvd Ste 725 Duluth, GA 30096
Dell Finl SVCS Web Bank PO Box 81607 Austin, TX 78708
Discover Bank Discover Products Inc PO Box 3025 New Albany, OH 43054
DISCOVER FINANCIAL SVCS LL PO Box 15316 Wilmington, DE 19850-5316
Edward F.Bukaty, III One Galleria Blvd., Suite 1810 Metairie, LA 70001-7571
First Bankcard PO Box 3331 Omaha, NE 68103
First Premier Bank 3820 N Louise Ave Sioux Falls, SD 57107
Hannan, Giusti & Hannan L.L.P. Attn: Michael D. Hannan 2201 Ridgelake Dr Metairie, LA 70001-2020
Jodi T Schwing 239 Dilton Street New Orleans, LA 70123-1268
Lending Club Corp 71 Stevenson St Ste 300 San Francisco, CA 94105
MIDLAND CREDIT MANAGMENT as agent for MIDLAND FUNDING, LLC PO Box 2011 Warren, MI 48090
Portfolio Recovery Associates POB 41067 Norfolk, VA 23541
Portfolio Recovery Associates LLC PO Box 12914 Norfolk, VA 23541
Quantum 3 Group LLC as agent for Crown Asset Management LLC PO Box 788 Kirkland, WA 98083-0788
Rausch Sturm PO Box 312277 Enterprise, AL 36331
Republic Finance c/o Hannan, Giusti & Hannan LLP 2201 Ridgelake Drive Metairie, LA 70001-2000
REPUBLIC FINANCE LLC 282 Tower Rd Ponchatoula, LA 70454
Resurgent Capital Systems PO Box 10587 Greenville, SC 29603-0587
Robertson, Anschuta & Schneid, P.L. 6409 Congress Avenue, Suite 100 Boca Raton, FL 33487
Robertson, Anschutz & Schneid P.L. 6409 Congress Avenue Suite100 Boca Raton, FL 33487
Rooms To Go 11540 Highway 92 East Seffner, FL 33584
SEARS/CBNA - PO Box 6282 Sioux Falls, SD 57117
Sherman Originator III LLC c/o Resurgent Capital PO Box 10497 Greenville, SC 29603
Specialized Loan Servicing LLC 6200 Quebec Street Greenwood Village, CO 80111
State Farm Bank PO Box 2313 Bloomington, IL 61702
Synchrony Bank PO Box 9650005 Orlando, FL 32896
Synchrony Bank c/o PRA Receivables Management LLC PO Box 41021 Norfolk, VA 23541
Synchrony Bank * PO Box 960061 Orlando, FL 32896-5060
Syncrony Bank PO Box 965005 Orlando, FL 32896
Wells Fargo Home Mortgage PO Box 10335 Des Moines, IA 50306-0335