**Form omdscwc**

# United States Bankruptcy Court
## Eastern District of Louisiana

*In Re:*

Eugene Baron Schwing Jr.   Case Number: 18−13335

*Debtor(s)*   Chapter: 13

## ORDER ON DEBTOR(S) MOTION FOR ENTRY OF DISCHARGE AND CERTIFICATION OF PLAN COMPLETION

This matter was scheduled to come before the court on March 20, 2024 as a hearing on the debtor(s) motion for entry of discharge and certification of plan completion. Proper notice having been given and no objections having been filed,

**IT IS ORDERED** that the motion is **GRANTED**. The Court will enter a separate order of discharge.

**IT IS FURTHER ORDERED**, that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, March 20, 2024.

Meredith S. Grabill
UNITED STATES BANKRUPTCY JUDGE