UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: EUGENE BARON SCHWING, JR. | CASE NO. 18-13335 |
| DEBTOR | CHAPTER 13 |
| | SECTION "A" |

CERTIFICATE OF SERVICE

I, Steven J. Hunter, Attorney for the Debtor, do hereby certify that on March 20, 2024 a copy of the Order on Motion for Discharge, filed by Debtor was served by electronic filing or First Class Mail, properly addressed and postage prepaid, upon the following parties of interest and the parties on the Mailing Matrix:

Eugene Baron Schwing, Jr. 239 Dilton St New Orleans LA 70123

Chapter 13 Trustee Sterling J. Beaulieu, Jr. VIA ECF sjb@ch13no.com

Office of U. S. Trustee, VIA ECF USTPRegion5.NR.ECF@usdoj.gov

/s/ Steven J. Hunter
Steven J. Hunter

---

(p) Republic Finance LLC
1140 Roma Ave
Hammond, LA 70403-5464

Absolute Resolutions Investments LLC
8000 Norman Center Drive
Ste 350
Minneapolis, MN 55437

Afni, Inc
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Ally Financial
PO Box 380901
Minneapolis, MN 55438

Altran Financial LP
c/o Transworld Systems Inc
500 Virginia Dr,
Fort Washington, PA 19034

American Express
PO Box 981537
El Paso, TX 79998

Atlantic Credit and Finance
PO Box 2083
Warren, MI 48090

Bank of America
PO Box 982284
El Paso, TX 79998

Best Buy Credit Services
PO Box 78009
Phoenix, AZ 85062

Calvary SPV I LlC
PO Box 4252
Greenwich, CT 06831-2200

Capital One Bank USA NA
10700 Capital One Way
Glen Allen, VA 23060

Chase/Bank One Card Services
PO Box 15298
Wilmington, DE 19850

Chase/Bank One Card Services
PO Box 15298
Wilmington, DE 19850

CITIBANK CBNA
PO Box 6497
Sioux Falls, SD 57117-6497

CItibank, N.A.
701 E 60th St N
Sioux Falls, SD 57104

Citicards CBNA --
POB 6241
Sioux Falls, SD 57117

Citicards CBNA XFER to SHERMAN Originati
PO Box 6241
Sioux Falls, SD 57117-6241

Crown Asset Management LLC
3100 Breckenridge Blvd Ste 725
Duluth, GA 30096

Dell Finl SVCS Web Bank
PO Box 81607
Austin, TX 78708

Discover Bank Discover Products Inc
PO Box 3025
New Albany, OH 43054

DISCOVER FINANCIAL SVCS LL
PO Box 15316
Wilmington, DE 19850-5316

Edward F.Bukaty, III
One Galleria Blvd., Suite 1810
Metairie, LA 70001-7571

First Bankcard
PO Box 3331
Omaha, NE 68103

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107

Hannan, Guisti & Hannan L.L.P.
Attn: Michael D. Hannan
2201 Ridgelake Dr
Metairie, LA 70001-2020

Jodi T Schwing
239 Dilton Street
New Orleans, LA 70123-1268

Lending Club Corp
71 Stevenson St Ste 300
San Francisco, CA 94105

MIDLAND CREDIT MANAGMENT as agent
for MIDLAND FUNDING, LLC
PO Box 2011
Warren, MI 48090

Portfolio Recovery Associates
POB 41067
Norfolk, VA 23541

Portfolio Recovery Associates LLC *
PO Box 12914
Norfolk, VA 23541

Quantum 3 Group LLC [n]
as agent for Crown Asset Management LLC
PO Box 788
Kirkland, WA 98083-0788

Rausch Sturm
PO Box 312277
Enterprise, AL 36331

Republic Finance c/o
Hannan, Giusti & Hannan LLP
2201 Ridgelake Drive
Metairie, LA 70001-2000

| | | |
|---|---|---|
| REPUBLIC FINANCE LLC<br>282 Tower Rd<br>Ponchatoula, LA 70454 | Resurgent Capital Systems<br>PO Box 10587<br>Greenville, SC 29603-0587 | Robertson, Anschuta & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487 |
| Robertson, Anschutz & Schneid P.L.<br>6409 Congress Avenue Suite100<br>Boca Raton, FL 33487 | Rooms To Go<br>11540 Highway 92 East<br>Seffner, FL 33584 | SEARS/CBNA -<br>PO Box 6282<br>Sioux Falls, SD 57117 |
| Sherman Originator III LLC<br>c/o Resurgent Capital<br>PO Box 10497<br>Greenville, SC 29603 | Specialized Loan Servicing LLC<br>6200 Quebec Street<br>Greenwood Village, CO 80111 | State Farm Bank<br>PO Box 2313<br>Bloomington, IL 61702 |
| Synchrony Bank<br>PO Box 9650005<br>Orlando, FL 32896 | Synchrony Bank  c/o *<br>PRA Receivables Management LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Synchrony Bank *<br>PO Box 960061<br>Orlando, FL 32896-5060 |