| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Eugene Baron Schwing Jr.** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–6140** <br> EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Louisiana** | | |
| Case number:  **18–13335 Section A Office Code:  2** | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Eugene Baron Schwing Jr.

3/20/24

**By the court:** Meredith S. Grabill
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Eastern District of Louisiana

In re:     Case No. 18-13335-MSG

Eugene Baron Schwing, Jr.     Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 053L-2     User: admin     Page 1 of 4

Date Rcvd: Mar 20, 2024     Form ID: 3180W     Total Noticed: 58

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eugene Baron Schwing, Jr., 239 Dilton St, New Orleans, LA 70123-1268 |
| 3684417 | + | Absolute Resolutions Investments LLC, 8000 Norman Center Drive, Ste 860, Minneapolis, MN 55437-1174 |
| 3684422 | + | Atlantic Credit and Finance, PO Box 2083, Warren, MI 48090-2083 |
| 3684432 | + | Crow n Asset Management LLC, 3100 Breckenridge Blvd Ste 725, Duluth, GA 30096-7605 |
| 3684435 | | Edward F.Bukaty, III, One Galleria Blvd., Suite 1810, Metairie, LA 70001-7571 |
| 3684438 | + | Hannan, Guisti & Hannan L.L.P., Attn: Michael D. Hannan, 2201 Ridgelake Dr, Metairie, LA 70001-2097 |
| 3684443 | + | Republic Finance c/o, Hannan, Giusti & Hannan LLP, 2201 Ridgelake Drive, Metairie, LA 70001-2094 |
| 3684444 | + | Rooms To Go, 11540 Highway 92 East, Seffner, FL 33584-7346 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | ^ | MEBN | Mar 20 2024 19:10:57 | Collector of Revenue, City of New Orleans, Department of Finance, 1300 Perdido Street, RM 1W15, New Orleans, LA 70112-2128 |
| smg | | EDI: LADOR | Mar 20 2024 23:09:00 | Louisiana Department of Revenue, Collection Division/Bankruptcy Section, P. O. Box 66658, Baton Rouge, LA 70896-6658 |
| smg | + | Email/Text: bankruptcy_bpc@lwc.la.gov | Mar 20 2024 19:13:00 | Louisiana Workforce Commission, UI Tax Liability and Adjudications, Attn: Bankruptcy Unit, 1001 N. 23rd Street, Baton Rouge, LA 70802-3338 |
| smg | | Email/Text: USALAE.Bankruptcy@usdoj.gov | Mar 20 2024 19:13:00 | U. S. Attorney's Office, Eastern District of Louisiana, 650 Poydras Street, Suite 1600, New Orleans, LA 70130-7212 |
| 3693905 | | Email/Text: Bankruptcy@absoluteresolutions.com | Mar 20 2024 19:13:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 3862160 | | Email/PDF: bncnotices@becket-lee.com | Mar 20 2024 19:24:06 | Afni, Inc., c/o Becket & Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 3684418 | + | EDI: GMACFS.COM | Mar 20 2024 23:09:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 3684419 | + | EDI: URSI.COM | Mar 20 2024 23:09:00 | Altran Financial LP, PO Box 722910, Houston, TX 77272-2910 |
| 4019129 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 20 2024 19:13:00 | Altran Financial LP, c/o Transworld Systems Inc, 500 Virginia Dr,, Fort Washington, PA 19034-2735 |
| 3684420 | + | Email/PDF: bncnotices@becket-lee.com | Mar 20 2024 19:24:32 | American Express, PO Box 981537, El Paso, TX 79998-1537 |

Case 18-13335 Doc 84 Filed 03/22/24 Entered 03/22/24 23:16:56 Imaged Certificate of Notice Page 4 of 6

| District/off: 053L-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 20, 2024 | Form ID: 3180W | Total Noticed: 58 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 3690261 | | Email/PDF: bncnotices@becket-lee.com | Mar 20 2024 19:24:27 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 3684423 | + | EDI: BANKAMER | Mar 20 2024 23:09:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 3694888 | + | EDI: BANKAMER2 | Mar 20 2024 23:09:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 3684424 | + | EDI: CITICORP | Mar 20 2024 23:09:00 | Best Buy Credit Services, PO Box 78009, Phoenix, AZ 85062-8009 |
| 3684429 | | EDI: CITICORP | Mar 20 2024 23:09:00 | CITIBANK CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 3684425 | + | Email/Text: bankruptcy@cavps.com | Mar 20 2024 19:13:00 | Calvary Portfolio Services, 500 Summit Lake Dr, Ste 4A, Valhalla, NY 10595-2323 |
| 4019130 | + | Email/Text: bankruptcy@cavps.com | Mar 20 2024 19:13:00 | Calvary SPV I LlC, PO Box 4252, Greenwich, CT 06831-0405 |
| 3689234 | | EDI: CAPITALONE.COM | Mar 20 2024 23:09:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 3684426 | + | EDI: CAPITALONE.COM | Mar 20 2024 23:09:00 | Capital One Bank USA NA, 10700 Capital One Way, Glen Allen, VA 23060-9243 |
| 3686421 | + | Email/Text: bankruptcy@cavps.com | Mar 20 2024 19:13:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 3694832 | + | Email/Text: RASEBN@raslg.com | Mar 20 2024 19:13:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 3699381 | + | EDI: CITICORP | Mar 20 2024 23:09:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 3684430 | | EDI: CITICORP | Mar 20 2024 23:09:00 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 3856393 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 20 2024 19:13:00 | Citigroup Mortgage Loan Trust, Inc. 2006-HE3, (See, c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 3684434 | | EDI: DISCOVER | Mar 20 2024 23:09:00 | DISCOVER FINANCIAL SVCS LL, PO Box 15316, Wilmington, DE 19850-5316 |
| 3684433 | + | Email/PDF: DellBKNotifications@resurgent.com | Mar 20 2024 19:23:24 | Dell Finl SVCS Web Bank, PO Box 81607, Austin, TX 78708-1607 |
| 3685522 | | EDI: DISCOVER | Mar 20 2024 23:09:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 3684436 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 20 2024 19:13:00 | First Bankcard, PO Box 3331, Omaha, NE 68103 |
| 3684437 | + | EDI: AMINFOFP.COM | Mar 20 2024 23:09:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 3684427 | | EDI: JPMORGANCHASE | Mar 20 2024 23:09:00 | Chase/Bank One Card Services, PO Box 15298, Wilmington, DE 19850 |
| 3684446 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Mar 20 2024 19:13:00 | State Farm Bank, PO Box 2313, Bloomington, IL 61702 |
| 3698190 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2024 19:24:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 3684439 | + | EDI: LENDNGCLUB | Mar 20 2024 23:09:00 | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 3684440 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 20 2024 19:13:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 3684441 | | EDI: PRA.COM | | |

| District/off: 053L-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 20, 2024 | Form ID: 3180W | Total Noticed: 58 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 3695763 | | EDI: PRA.COM | Mar 20 2024 23:09:00 | Portfolio Recovery Associates, POB 41067, Norfolk, VA 23541 |
| 3684501 | + | EDI: PRA.COM | Mar 20 2024 23:09:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 3687970 | + | EDI: JEFFERSONCAP.COM | Mar 20 2024 23:09:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 3700016 | | EDI: Q3G.COM | Mar 20 2024 23:09:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 3685549 | | Email/Text: bankruptcy@republicfinance.com | Mar 20 2024 23:09:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 3684416 | | Email/Text: bankruptcy@republicfinance.com | Mar 20 2024 19:13:00 | Republic Finance, LLC, 282 Tower Rd, Ponchatoula, LA 70454 |
| 3684442 | + | Email/Text: LawfirmAL@rsieh.com | Mar 20 2024 19:13:00 | p) Republic Finance LLC, 1140 Roma Ave, Hammond, LA 70403-5464 |
| 3684445 | + | EDI: CITICORP | Mar 20 2024 19:13:00 | Rausch Sturm, PO Box 312277, Enterprise, AL 36331-2277 |
| 3841511 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 20 2024 23:09:00 | SEARS/CBNA -, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 3694781 | | Email/PDF: bncnotices@becket-lee.com | Mar 20 2024 19:13:00 | Specialized Loan Servicing, LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 3684447 | + | EDI: SYNC | Mar 20 2024 19:24:06 | State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 3684448 | | EDI: SYNC | Mar 20 2024 23:09:00 | Synchrony Bank, PO Box 9650005, Orlando, FL 32896-0001 |
| 3684449 | + | EDI: SYNC | Mar 20 2024 23:09:00 | Synchrony Bank *, PO Box 960061, Orlando, FL 32896-5060 |
| 3813721 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 20 2024 23:09:00 | Syncrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 3703563 | | EDI: WFFC2 | Mar 20 2024 19:13:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| | | | Mar 20 2024 23:09:00 | Wells Fargo Home Mortgage, P.O. Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 50

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 3684421 | *+ | American Express --, PO Box 981537, El Paso, TX 79998-1537 |
| 3695776 | *+ | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 3684431 | *+ | Citicards CBNA --, POB 6241, Sioux Falls, SD 57117-6241 |
| 3684428 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase/Bank One Card Services --, PO Box 15298, Wilmington, DE 19850 |
| 3694285 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 053L-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 20, 2024 | Form ID: 3180W | Total Noticed: 58 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2024     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Office of the U.S. Trustee | USTPRegion05.NR.ECF@usdoj.gov |
| S. J. Beaulieu, Jr. | ecf@ch13no.com |
| Steven J. Hunter | on behalf of Debtor Eugene Baron Schwing Jr. steven.john.hunter@live.com, r42806@notify.bestcase.com |

TOTAL: 3