# United States Bankruptcy Court
Eastern District of Louisiana

| | |
|---|---|
| EUGENE BARON SCHWING, JR.<br>239 DILTON ST<br>NEW ORLEANS LA 70123 | 18-13335<br>Chapter 13<br>Section A |

## TRUSTEE'S NOTICE OF FILING OF FINAL ACCOUNT

NOTICE IS GIVEN that the debtor(s), appear to have completed the payments due under their confirmed plan. The Chapter 13 Trustee believes the estate has been fully administered and has, therefore, filed a Final Account (a copy of which is available for examination at the Office of the Clerk of Court of the United States Bankruptcy Court or contact Kristin at the Trustee's office by calling 504-831-1313 ext 1016 or emailing kristinp@ch13no.com) and is prepared to close the case pursuant to 11 U.S.C. §350(a), 11 U.S.C. §1302(b) and Federal Rule of Bankruptcy Procedure 5009.

In accordance with the procedures set forth herein, the Trustee's Final Account shall be approved and the Trustee discharged, UNLESS written objection to the Trustee's Final Accounting is filed there to with the Clerk of the Bankrutpcy Court, 500 Poydras St, Ste B-601, New Orleans, LA 70130, and Notice given to the trustee, the debtor(s) and debtor(s) counsel. TO BE CONSIDERED, any such objection to the Final Accounting MUST be filed within twenty-eight (28) days of the date the Chapter 13 Trustee certifies he mailed this NOTICE. If any objection is timely filed and noticed, the objecting party will be notified by the Trustee of the date, time, and place of the hearing on the objection to the Final Accounting.

Attorney for Debtor:

STEVEN J HUNTER
steven.john.hunter@live.com

# United States Bankruptcy Court
Eastern District of Louisiana

| | |
|---|---|
| EUGENE BARON SCHWING, JR.<br>239 DILTON ST<br>NEW ORLEANS LA 70123 | 18-13335<br>Chapter 13<br>Section A |

## CERTIFICATE OF SERVICE

This is to certify that a copy of the following document was served on 04/11/2024 by first class mail, prepaid, upon the debtor and required parties:

EUGENE BARON SCHWING, JR.
239 DILTON ST
NEW ORLEANS, LA 70123-0000

ABSOLUTE RESOLUTION INVESTMENT LLC
8000 NORMAN CENTER DR
STE 350
BLOOMINGTON, MN 55437-0000

BANK OF AMERICA
PO BOX 15102
WILMINGTON, DE 19886-5102

CITIBANK NA
6716 GRADE LN
BLG 9 STE 910-PY DEPT
LOUISVILLE, KY 40213-3439

CAVALRY SPV I LLC
PO BOX 27288
TEMPE, AZ 85282-0000

PRA RECEIVABLES MANAGEMENT LLC
PORTFOLIO RECOVERY ASSOCIATES
PO BOX 12914
NORFOLK, VA 23541-0000

DISCOVER FINANCIAL
PO BOX 3025
NEW ALBANY, OH 43054-3025

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 772813
CHICAGO, IL 60677-2813

REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA, LA 70454-0000

CAPITAL ONE BANK USA NA
AMERICAN INFOSOURCE LP
PO BOX 71083
CHARLOTTE, NC 28272-1083

MIDLAND CREDIT MANAGEMENT
PO BOX 2011
WARREN, MI 48090-0000

JPMORGAN CHASE BANK NA
PO BOX 15368
WILMINGTON, DE 19850-0000

RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC 29603-0587

QUANTUM3 GROUP LLC/NCEP LLC
PO BOX 788
KIRKLAND, WA 98083-0788

SPECIALIZED LOAN SERVICING LLC
6200 S QUEBEC ST
STE 300
GREENWOOD VILLAGE, CO 80111-0000

STATE FARM BANK
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN, PA 19355-0701

# United States Bankruptcy Court
Eastern District of Louisiana

| | |
|---|---|
| EUGENE BARON SCHWING, JR.<br>239 DILTON ST<br>NEW ORLEANS LA 70123 | 18-13335<br>Chapter 13<br>Section A |

AMERICAN EXPRESS NATIONAL BANK
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN, PA 19355-0701

BY: /s/ Leslie Spain