UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: EUGENE BARON SCHWING, JR.     CASE NO. 18-13335

DEBTOR(S)     CHAPTER 13

SECTION "A"

## AMENDED MAILING MATRIX

Comes now debtor(s) by counsel and reports to the court the following amended address for the following creditor:

(p) REPUBLIC FINANCE LLC
282 Tower Rd
Ponchatoula, LA 70454

/s/ Steven J. Hunter
Steven J. Hunter (33194)
Attorney for Debtor(s)
3500 North Hullen Street
Suite 241
Metairie, LA 70002
504-598-5313
Steven.john.hunter@live.com

## CERTIFICATE OF SERVICE

I, Steven J. Hunter, do affirm that on April 17, 2024 this Amended Mailing Matrix was served by electronic filing or First Class Mail, properly addressed and postage prepaid, upon the following parties of interest and the parties on the attached amended mailing matrix:

Eugene Baron Schwing, Jr.    239 Dilton St New Orleans LA 70123

Trustee Sterling J. Beaulieu, Jr. VIA ECF sjb@ch13no.com

Office of U.S. Trustee via ECF USTPRegion05.NR.ECF@usdoj.gov

/s/ Steven J. Hunter

                                                Steven J. Hunter (33194)

## **AMENDED MAILING MATRIX**

(p) REPUBLIC FINANCE LLC  
282 Tower Rd  
Ponchatoula, LA 70454