Form oapv13fa

# United States Bankruptcy Court
### Eastern District of Louisiana

*In Re:*
   Eugene Baron Schwing Jr.

      *Debtor(s)*

Case Number: 18−13335

Chapter: 13   Section A

## ORDER APPROVING TRUSTEE'S FINAL ACCOUNT AND DISCHARGING TRUSTEE

### COMPLETED

    It appearing to the Court that S. J. Beaulieu, Jr., Trustee in said case, has made distribution of all funds coming into his hands as required by order of this Court and has rendered a full and complete accounting thereof, and that said Trustee has performed all other and further duties required of him in the administration of said estate;

    IT IS ORDERED, that the accounts of S. J. Beaulieu, Jr., Trustee, be and they hereby are APPROVED and ALLOWED; that said estate be, and it hereby is CLOSED; that S.J. Beaulieu, Jr. be discharged and relieved of his trust; and that the bond of the said Trustee be cancelled and his surety or sureties thereon released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

  New Orleans, Louisiana, May 24, 2024.

 

Meredith S. Grabill
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Eastern District of Louisiana

In re: Case No. 18-13335-MSG

Eugene Baron Schwing, Jr. Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 053L-2      User: admin      Page 1 of 1
Date Rcvd: May 24, 2024      Form ID: oaprv13      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eugene Baron Schwing, Jr., 239 Dilton St, New Orleans, LA 70123-1268 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Office of the U.S. Trustee | USTPRegion05.NR.ECF@usdoj.gov |
| S. J. Beaulieu, Jr. | ecf@ch13no.com |
| Steven J. Hunter | on behalf of Debtor Eugene Baron Schwing  Jr. steven.john.hunter@live.com, r42806@notify.bestcase.com |

TOTAL: 3